IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22CR043 |
| | ) | |
| MOE AYEMEN MATTHEWS, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## **RESTITUTION ORDER**

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the total amount of **$1,166,941.30**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to the victims' at the addresses provided in Attachment A to this order.

4. Interest:

    ✓ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ **100.00** per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 701 East Broad Street, Suite 3000 Richmond, Virginia 23219.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

/s/
Honorable Henry E. Hudson
Senior United States District Judge

ENTERED this 7th day of Oct, 2022.

at Richmond, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

Kashan K. Pathan
Assistant United States Attorney

SEEN AND AGREED:

Moe Ayemen Matthews
Defendant

William J. Dinkin
Counsel for Defendant

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| Small Business Administration<br>721 19th Street<br>3rd Floor, Room 301<br>Denver, CO 80202 | $192,209.06 |
| Cross River Bank<br>Attn: Paola Lazarte<br>400 Kelby Street, 14th Fl<br>Fort Lee, NJ 07024 | $33,969.00 |
| Fulton Bank<br>Fraud Risk Management<br>P.O. Box 4887<br>Lancaster, PA 17602 | $38,125.00 |
| Atlantic Union Bank<br>Attn: FIU Fraud<br>4355 Innslake Drive<br>Glen Allen, VA 23060 | $196,449.00 |
| JP Morgan Chase<br>Chase Bank USA, National Association<br>National Subpoena Processing<br>7610 West Washington Street, IN1-4054<br>Indianapolis, IN 46231-1335 | $37,282.00 |
| Primis Bank<br>P.O. Box 2075<br>Ashland, VA 23005 | $375,222.89 |
| Blue Ridge Bank<br>Attn: Cindy Fravel<br>17 W. Main Street<br>Luray, VA 22835 | $129,700.00 |
| Towne Bank<br>Fraud Department<br>Horton Operations Center<br>6005 Harbour View Boulevard<br>Suffolk, VA 23435 | $42,700.00 |
| Loan Source Incorporated<br>The Loan Source Inc.<br>c/o/ Newity LLC<br>Attn: Samson Lam<br>1123 W. Washington Boulevard, 3rd Floor<br>Chicago, IL 60607 | $121,284.35 |
| Total due from defendant: | $1,166,941.30 |